# United States District Court

western DISTRICT OF TN           05 NOV 14 AM 10:53

Eddie Hugueley &
Connie Hugueley

v.

Dresden TN Police Dept et al

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 1-05-1348-T/An

---

I, Eddie Hugueley, declare that I am the (check appropriate box)

☒ petitioner/plaintiff      ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: I've just gotten to start to work this would be my second week, also my wife is disabled and we still have three daughters living at home, and we also have our grandson thats 2 years old. We're even with out a way to even go any where at this time.

In further support of this application, I answer the following questions.

1. Are you presently employed?       Yes ☒   No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   
   $420.00 most every week
   
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐   No ☒
   b. Rent payments, interest or dividends?                    Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐   No ☒
   d. Gifts or inheritances?                                   Yes ☐   No ☒
   e. Any other sources?                                       Yes ☐   No ☒

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/17/05

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☑   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☑

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Connie Hugueley (Wife)       Misty Hugueley (daughter)
   Anna M. Doster (daughter)
   Cindy Bell (daughter)
   Paxton Hugueley (grandson)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/14/05
              (Date)                           Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |

James D. Todd  14 Nov. 2005
United States Judge    Date

United States Judge    Date
or Magistrate

FILED BY ___ D.C.
05 NOV 14 PM 3:47
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01348 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Connie Hugueley
336 Evanstown Road
Parsons, TN 38368

Eddie Hugueley
336 Evanstown Road
Parsons, TN 38363

Honorable James Todd
US DISTRICT COURT