IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

EDDIE HUGUELEY and              )
CONNIE HUGUELEY,                )
                                )
        Plaintiffs,             )
                                )
VS.                             )          No. 05-1348-T/An
                                )
DRESDEN, TENNESSEE POLICE       )
DEPARTMENT; ET AL.,             )
                                )
        Defendants.             )

## ORDER DIRECTING PLAINTIFFS TO PAY FILING FEE

Plaintiffs Eddie Hugueley and Connie Hugueley, acting *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 on November 14, 2005, along with applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Court subsequently issued orders denying the applications to proceed *in forma pauperis*.

Plaintiffs are hereby ORDERED to pay to the Clerk of Court, within 30 days after the date of this order, the civil filing fee of $250. Failure to timely comply with this order will result in dismissal of this action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

21 November 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __11-22-05__

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01348 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Eddie Hugueley
336 Evanstown Road
Parsons, TN 38363

Connie Hugueley
336 Evanstown Road
Parsons, TN 38368

Honorable James Todd
US DISTRICT COURT