IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE HUGUELEY and<br>CONNIE HUGUELEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 01-05-1348- TAN |
| | ) | Jury Trial Demanded |
| DRESDEN TENNESSEE POLICE<br>DEPARTMENT, et al., sued in its<br>Official Capacity, WEAKLEY COUNTY<br>SHERIFF'S DEPARTMENT, sued in<br>Official Capacity, OFFICER CLAY<br>ANDERSON, sued in his individual and<br>official capacity, OFFICER WILLIAM<br>LOFTON, sued in his individual and official<br>capacity and JASON PERCY, sued in<br>his individual and official capacity, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS', CLAY ANDERSON,
WILLIAM LOFLIN, AND JASON PEARCY'S, MOTION TO STRIKE PLAINTIFFS'
RESPONSE TO DEFENDANTS' ANSWER**

This matter came before this Honorable Court pursuant to a Motion and Memorandum in Support of a Motion to Strike the Plaintiffs' Response to Defendants' Answer.

Plaintiffs' Response to Defendants' Answer was filed in noncompliance with Rule 15(d) of the Federal Rules of Civil Procedure which requires that any party desiring to amend or otherwise supplement his/her pleading must request permission from the Court in a properly filed Motion for Leave before filing said supplemental pleading; and., IT IS THEREFORE ORDERED that the RESPONSE TO DEFENDANTS' ANSWER BE STRICKEN from the Record.

IT IS HEREBY ORDERED and ADJUDGED.

Enter this, the __29th____ day of _____March_____, 2006.

                                           **s/James D. Todd**
                                            U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

  The undersigned certifies that a true copy of this pleading or document was served by electronic means via the Court's Electronic Filing System and by US mail postage prepaid on the following:

| | |
|---|---|
| Mr. Eddie Hugueley | Mr. James Pentecost |
| Mrs. Connie Hugueley | Mr. Jon York |
| 336 Evanstown Road | PENTECOST, GLENN & RUDD, PLLC |
| Parsons, TN 38363 | 106 Stonebridge Blvd. |
| | Jackson, TN 38305 |
| | (731) 668-5995 |

  This the 23rd day of January, 2006.

          FLIPPIN, COLLINS, & HILL, P.L.L.C.

         BY: s/ Fred Collins
            FRED COLLINS